RECEIVED
JUN -7 2016
BY MAIL

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_EASTERN_ **DIVISION**

KENNETH EUGENE PATTERSON )
_____ )
_____ )
_____ )
(Enter above the full name of the Plaintiff[s] )
in this action.) )
)
)
- vs - )
) Case No. _____
STATE OF INDIANA, BOARD OF ) (To be assigned by Clerk
VITAL HEALTH RECORD'S ) of District Court)
INDIANAPOLIS, INDIANA, P.O. BOX )
7125 INDIANAPOLIS, IN )
46206-7125 (PH.317/233-2700) )
(Enter above the full name of ALL Defend- )
ant[s] in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

**COMPLAINT**

I. State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

SEE ATTACHED SHEET, CIVIL RIGHTS ACTION

II. Plaintiff, __KENNETH EUGENE PATTERSON__ resides at

__94 ELK RUN DR.__, __EUREKA__, __ST. LOUIS__,
street address / city / county

__MISSOURI__, __63025__, __636 587-6096__ WIFE LU, RECORDING FIST
state / zip code / telephone number       REQUIRED

(if more than one plaintiff, provide the same information for each plaintiff below)

WIFE; LUTHERNA M. PATTERSON IS ALSO A PLAINTIFF
ONE PERSON, A MARRAGE IN MISSOURI SINCE 1978.

III. Defendant, __STATE OF INDIANA__ lives at, or its business is located at __P.O. BOX 7125__

__DEPTMENT OF HEALTH__, __INDIANAPOLIS__, __MARION__,
street address / city / county

__INDIANA__, __46206-7125__
state / zip code

(if more than one defendant, provide the same information for each defendant below)



2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

SEE BOOKLET; IN HANDS OF EUREKA, MISSOURI POLICE CHIEF, AT 120 CITY HALL DR. EUREKA, MO 63025   1-636/938-6600 DAYS
-6601 NIGHTS 24 HOURS

3

V.   Relief: State briefly and exactly what you want the Court to do for you.

> TAKE MY NAME OFF; YOUR ENEMY LIST, OR WHAT EVER. LIKE UNDER WORLD, OR COULD BE ISIS, OR DRUG SELLERS?
>
> THEY, HAVE MY SSN ID, NAME & ADDRESS IN EUREKA, MISSOURI. EUREKA POLICE, AT 120 CITY HALL DRIVE HAVE A COPY OF MY INDIANA SPECIAL CERTIFICATE OF BIRTH.
>
> 636/938-6600 OR NIGHT 938-6601

VI.   **MONEY DAMAGES:**

A)   Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [✓]        NO [ ]

B)   If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

> 1 BILLION YEAR'S, 1955 TO 2016 COSTS TOTAL'S.

VII.   Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]        NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2 day of JUNE, 2016

*Kenneth E. Patterson*
KENNETH EUGENE PATTERSON
Signature of Plaintiff(s)

4

JUNE 2, 2016   EUREKA, MISSOURI 63025-1210
94 R ELK RUN DR.   5:54 AM CT

THIS IS A CIVIL RIGHTS, ACTION. THE LOST OF ALL, UNITED STATES, OF NORTH AMERICAN, CONSTITUTIONAL RIGHTS, OF A BABY, BORN IN DAVIESS COUNTY, WASHINGTON, INDIANA; ON SEPTEMBER 3, 1937. THE COUNTY HOSPITAL, DOCTOR AND COUNTY LAW, HEALTH OFFICER'S, DID NOT FILE, A BIRTH CERTIFICATE, RECORD. THE MOTHER WAS GIVEN A DOCTOR'S, BIRTH CERTIFICATE AND THE COUNTY, NEWS PAPER RECORDED, THE BIRTH.

IN 1955, AT AGE 18, THIS BABY, MR. KENNETH EUGENE (KEN E.) PATTERSON; SUBJECT TO THE DRAFT ENLISTED FULL TIME, IN OUR UNITED STATES ARMY. WITH A LETTER FROM HIS FIRST SCHOOL AND A CHURCH RECORD. ON SEPTEMBER 6, 1955; HE, WAS REQUIRED TO SIGN, AN INDIANA, SPECIAL CERTIFICATE OF BIRTH. REG. NO. 520209, FILED ON SEPTEMBER 29, 1955.

THIS PERSON, ABOVE, HAD TO HAVE A NATION, COUNTRY, IN THIS WORLD. U.S. ARMY OFFICIAL'S, IN VIRGINIA, CALLED THIS INDIANA SPECIAL CERTIFICATE OF BIRTH, "IMPOSSIABLE". THEN THE HELL STATED,

AT INDIANA, VITAL RECORD'S. THE INDIANAPOLIC POLICEMAN SAID: "WHAT THE HELL IS GOING ON IN THERE". THE LADY'S SUPERVISOR SAID: "WE KEEP LOST BABY'S IN OUR, BACK ROOM FILE". I GOT MY SECOND COPY.

TODAY, DUE TO WORLD, WAR PROBLEM'S. THAT INDIANA SPECIAL CERTIFICATE OF BIRTH, IS NOT RECORDED IN THE 2011 VITAL, COMPUTER FILE. OFFICIAL'S STATE'S "NO RECORD"; A VIOLATION OF US CONSTITITONAL RIGHTS. CONSTITUTING CRUEL AND UNUSUAL PUNISHMENT, 1955 TO 2016, 61 YEARS.

*Kenneth E. Patterson*, GRATE-GRAND FATHER