UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH E. PATTERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:16-CV-808 RWS |
| | ) |
| STATE OF INDIANA BOARD OF | ) |
| VITAL HEATH RECORDS, | ) |
| | ) |
| Defendant, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion is denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 9] is **DENIED**.

Dated this 20th day of June, 2016.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE